UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
__Richmond__ DIVISION


FILED
JUN 2 7 2025
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Plaintiff(s)

CIVIL ACTION NO. __3:25-CV-028__

v.

CRIMINAL NO. _____

Defendant(s)

NOTICE OF APPEAL

Notice is hereby given that __Alonzo Morton_____ above named, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on the __16__ day of __June__ 20__25__.

__/s/ Alonzo Morton__
Attorney or Pro Se Appellant

__4201 Dapple Grey Dr__
__Richmond, VA 23223__
Address

Dated: __6-27-2025__